## THOMPSON MAXWELL *versus* THERON WILLCOX, JOHN BURBANK, AND JOSEPH YOUNG.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion to amend bill and for subpoena, motion to dissolve injunction and to quash subpoena *p. 176; (2) injunction dissolved, motion to revive overruled *p. 219.

PAPERS IN FILE: (1) Bill of complaint; (2) order for injunction; (3) bond for injunction; (4) writ of injunction and return; (5) writ of subpoena and return; (6) motion for leave to amend bill and for subpoena; (7) motion to quash subpoena and to dissolve injunction; (8) bill of complaint; (9) answer of Theron Willcox; (10) draft of order dissolving injunction, etc.; (11) motion to revive injunction.

*Chancery Case* 102 of 1828.

## NOAH CADWELL *versus* WYMAN A. TOWN AND JEREMIAH VAN LOON, TRADING UNDER THE FIRM OF W. A. TOWN & J. VAN LOON.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion for rule to show why return not made to certiorari *p. 177; (2) rule to show cause *p. 181; (3) rule to make further return *p. 183; (4) discontinued *p. 241.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) motion for rule to show why return not made; (4) copy of rule; (5) stipulation for discontinuance.

*1824–36 Calendar*, MS p. 151.

## BENJAMIN F. FOX *versus* HARVEY TUTTLE.

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Motion for rule for further return to certiorari *p. 177; (2) rule to make further return *p. 180; (3) continued *p. 194; (4) death suggested *p. 240; (5) continued *p. 241; (6) administrator substituted *p. 318; (7) case argued *p. 334; (8) judgment reversed *p. 340; (9) motion to set aside judgment *p. 358.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) copy of affidavit; (3) writ of certiorari and return; (4) motion for rule for further return; (5) affidavit for further return; (6) assignment of errors; (7) receipt for attorneys' fees; (8) bill of costs; (9) motion to set aside judgment; (10) affidavit of Joseph Hickcox; (11) affidavits of Benjamin F. Fox and Warren Tuttle.

*1824–36 Calendar*, MS p. 146.